# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENDRICK VOLTER

NO. 2023 KW 0790

**NOVEMBER 6, 2023**

---

In Re:    Kendrick Volter, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. DC-20-04265.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's "Motion for Production of Boykin Exam/ Guilty Plea Transcript, Bill of Information, and Court Minutes," filed on May 4, 2023, on or before December 4, 2023, if the district court has not already done so. A copy of the district court's action shall be filed in this court on or before December 11, 2023.

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT